**DISMISS and Opinion Filed November 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-01046-CV**
_____

**NIKESHA CARTER, Appellant**
**V.**
**WESTLAKE SERVICES, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-03305-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's motion for voluntary dismissal of this appeal.

We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221046F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NIKESHA CARTER, Appellant

No. 05-22-01046-CV          V.

WESTLAKE SERVICES, LLC,
Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-03305-
E.

Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered November 23, 2022